SARAH A. SMITH, Respondent, v. NASH ROCKVILLE CENTRE CORPORATION and Others, Defendants, Impleaded with SAMUEL ISAACS and Another, Individually and as Executors, etc., of ISAAC ABOUAF, Deceased, Appellants.— Judgment of the County Court of Nassau county directing foreclosure and sale unanimously affirmed,

with costs. No opinion. Present — Hagarty, Carswell, Scudder, Tompkins and Davis, JJ.